# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ELVIA NARCISA REA-CHILENO,

      Petitioner,

      v.                              Case No. 26-cv-00117-KWR-JMR

PAMELA BONDI, *Attorney General,*
*U.S. Department of Justice*, *in her official capacity*,
KRISTI NOEM, *Secretary U.S. Department of Homeland Security,*
*in her official capacity*,
TODD M. LYONS, *Acting Director, U.S. Immigration and Customs*
*Enforcement*, *in his official capacity*, and
MARY DE ANDA-YBARRA, *Director, U.S. Immigration and Customs Enforcement,*
*El Paso Field Office, in her official capacity*,

      Respondents.

## <u>Order Directing Respondents to Respond to Petitioner's Motion for Release</u>

**THIS MATTER** comes before the Court on Petitioner's Motion for Release (**Doc. 17**). On February 26, 2026, the Court granted in part Petitioner's request for habeas relief and ordered a bond hearing pursuant to 8 U.S.C. § 1226(a). Doc. 10. Petitioner was provided a bond hearing at which she was denied bond. Doc. 13-1. Petitioner then filed her Motion to Enforce Habeas Order (Doc. 13) in which she argued that her bond hearing was insufficiently individualized and did not comply with due process. *See* Doc. 13 at 7–16. The Court found that the immigration judge complied with the Court's order and due process. Doc. 16 at 3–5. And the Court found that 8 U.S.C. § 1226(e) stripped the Court of jurisdiction to reconsider the immigration judge's discretionary decision concerning bond. *Id.* Petitioner, in a hand-written letter, has now filed her Motion for Release in which she seeks release but raises no new arguments or grounds for release.

*See* Doc. 17. Respondents are directed to respond to Petitioner's Motion for Release within two weeks of the entry of this order.

    **IT IS SO ORDERED**.

                                       /S/

                                    KEA W. RIGGS
                                    UNITED STATES DISTRICT JUDGE